Jeffrey P. Davis #166484
Mark D. Kruthers #179750
Nathan W. Powell #232516
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: jdavis@daklaw.com
mkruthers@daklaw.com
npowell@daklaw.com

Attorneys for Defendant DANDEE TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE CAMARENA, on his own and on behalf of a class of similarly situated persons pursuant to and on behalf of the General Public,<br><br>Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION, a California corporation,<br><br>Defendant. | Case No. 1:08-CV-00500-LJO-SMS<br><br>**Case No. 1:08-cv-00990-LJO-SMS**<br><br>**STIPULATION AND ORDER TO CONSOLIDATE OR JOIN CASES**<br><br>**ONLY PURSUANT TO FRCP 42(a)(3)**<br><br>**FOR PURPOSES OF PRE-TRIAL DISCOVERY** |

Plaintiffs JOSE CAMARENA and DOUGLAS J. HOLMBY, on their own behalf and on behalf of a class of purportedly similarly situated persons and on behalf of the general public (collectively, the "CAMARENA PLAINTIFFS"), Plaintiffs FRANK LOPEZ, MICHAEL BURDICK, DAVID CALDWELL, GREG CAMPELL, THOMAS CARDONE, KEN COTHERMAN, TOM FAUSONE, JOEY FLOWERS, ORVILLE GLASCO, DAVID PALMER, WILLIAM RAYBURN and ROBERT SHEETS, on their own behalf and on behalf of a class of purportedly similarly situated persons and on behalf of the general public (collectively, the "LOPEZ PLAINTIFFS"), and Defendant DANDEE TRANSPORTATION ("DANDEE"), by and through their respective counsel (collectively, the "PARTIES"), enter into





PDF created with pdfFactory trial version www.pdffactory.com

this stipulation to consolidate the above-captioned action with United States District Court, Eastern District of California, Case No. 1:08-CV-00500-LJO-SMS.

**I.**

**STIPULATION**

A. Recitals

WHEREAS, the CAMARENA PLAINTIFFS filed a Complaint against DANDEE on March 21, 2008 in the Central District of California (*Camarena, et al. v. Dandee Transportation, et al.*, Case No. CV 08-01920 SJO (JWJx)); and

WHEREAS, the CAMARENA PLAINTIFFS' Central District case was transferred to the Eastern District of California by order of the court dated July 10, 2008 and assigned Case No. 1:08-CV-00990-AWI-DLB; and

WHEREAS, the LOPEZ PLAINTIFFS filed a complaint against DANDEE in the United States District Court, Eastern District of California on April 10, 2008 (*Lopez, et al. v. Dandee Transportation, et al.*, Case No. 1:08-CV-00500-LJO-SMS); and

WHEREAS, the CAMARENA and LOPEZ cases purport to deal with common questions of law and fact because allegedly substantially similar classes of employees allegedly at issue bring substantially similar purported claims against the same defendant, DANDEE; and

WHEREAS, based on the similar procedural stages of each case and the facts presently known to the PARTIES, and to conserve time, money and judicial resources, the PARTIES agree that the CAMARENA and LOPEZ cases should be consolidated or joined together for the purpose of efficiently conducting pre-trial discovery and avoiding duplicative discovery, while still maintaining the legal separateness of each case; and

WHEREAS, in an attempt to avoid unnecessarily burdening the Court with a motion for consolidation, the PARTIES hereby agree to consolidate or join the above-captioned CAMARENA case with the LOPEZ case, United States District Court, Eastern District of California Case No. 1:08-cv-00500-LJO-SMS, pursuant to Federal Rule of Civil Procedure 42(a)(1), for the purpose of efficiently conducting non-duplicative pre-trial discovery.

///





PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, with the Court's permission, the Law Offices of Gregg A. Farley and of Jerry N. Budin, have agreed to act as co-lead Plaintiff's counsel in the CAMARENA and LOPEZ cases and to cooperate together in the management of pre-trial discovery so as to avoid as much as possible unnecessary duplicative discovery.

B. Terms of Stipulation

Based on the foregoing Recitals, and in the interest of conserving time, money, and judicial resources, the PARTIES hereby stipulate to the terms set forth below.

1. The CAMARENA case, United States District Court, Eastern District of California Case No. 1:08-cv-00990-AWI-DLB, shall be consolidated or joined with the LOPEZ case, United States District Court, Eastern District of California Case No. 1:08-cv-00500-LJO-SMS, pursuant to Federal Rule of Civil Procedure 42(a)(1), for the purpose of conducting all pre-trial discovery. The CAMARENA and LOPEZ cases shall not be considered merged together pursuant to this stipulation but shall instead remain separate for all other purposes.

2. This stipulation is without prejudice to the rights of the Parties to seek consolidation for all purposes at a later time, either by stipulation or motion.

3. The Law Offices of Gregg A. Farley and of Jerry N. Budin, shall act as co-lead Plaintiff's counsel in the CAMARENA and LOPEZ cases and shall cooperate together in the management of pre-trial discovery so as to avoid as much as possible unnecessary duplicative discovery. However, co-lead Plaintiff's counsel shall continue to separately represent their respective Plaintiffs in each case.

Dated: August 22, 2008 LAW OFFICES OF GREGG A. FARLEY

By: /s/ Gregg A. Farley
GREG A. FARLEY
Attorneys for Plaintiff CAMARENA, et al.

Dated: August 22, 2008 LAW OFFICE OF JERRY N. BUDIN

By: /s/ Jerry N. Budin
JERRY N. BUDIN
Attorneys for Plaintiff LOPEZ, et al.

DOWLING AARON KEELER



PDF created with pdfFactory trial version www.pdffactory.com

Dated: August 22, 2008

DOWLING, AARON & KEELER, INC.

By: /s/ Nathan W. Powell
JEFFREY P. DAVIS
MARK D. KRUTHERS
NATHAN W. POWELL
Attorneys for Defendant DANDEE TRANSPORATION

**II.**

**ORDER**

**IT IS HEREBY ORDERED** that: a) the Stipulation of the PARTIES set forth above is made an Order of this Court; b) the above-captioned action, is consolidated or joined with United States District Court, Eastern District of California, Case No. 1:08-CV-00500-LJO-SMS, pursuant to Federal Civil Procedure Rule 42(a)(**3**)*, for purposes of all pre-trial discovery; c) the stipulation is without prejudice to the rights of the parties to seek consolidation for all purposes at a later time, either by stipulation or motion; and d) the Law Offices of Gregg A. Farley and of Jerry N. Budin shall act as co-lead Plaintiff's counsel in both cases.

* Changed by the court to only Pursuant to FRCP 42(a)(3).

Dated: 8/26/2008

/s/ Sandra M. Snyder
HONORABLE SANDRA M. SNYDER
MAGISTRATE JUDGE OF THE U.S. DISTRICT COURT, EASTERN DIVISION OF CALIFORNIA

DOWLING AARON KEELER
INCORPORATED
ATTORNEYS AND COUNSELORS AT LAW



PDF created with pdfFactory trial version www.pdffactory.com

13323-001\00190661.DOC.2







PDF created with pdfFactory trial version www.pdffactory.com