1 | Jeffrey P. Davis #166484
Mark D. Kruthers #179750

2 | Nathan W. Powell #232516
**DOWLING, AARON & KEELER, INC.**

3 | 8080 North Palm Avenue, Third Floor
P.O. Box 28902

4 | Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590

5 | Email: jdavis@daklaw.com
mkruthers@daklaw.com

6 | npowell@daklaw.com

7 | Attorneys for Defendant DANDEE TRANSPORTATION

8 |

9 | UNITED STATES DISTRICT COURT

10 | EASTERN DISTRICT OF CALIFORNIA

11 |

12 | FRANK LOPEZ and DAVID PALMER, | Case No. 1:08-CV-00500-LJO-SMS
individually and on behalf of all others | (consolidated for all pre-trial discovery with

13 | similarly situated, | Case No. 1:08-cv-0990 LJO-SMS)

14 | Plaintiffs,

15 | vs. | STIPULATION TO ESTABLISH REVISED
CLASS CERTIFICATION DISCOVERY AND

16 | DANDEE TRANSPORTATION and DOES 1 | CLASS CERTIFICATION MOTION
to 100, | BRIEFING DATES; ORDER THEREON.

17 | Defendants.

18 |

19 | JOSE CAMARENA, on his own and on
behalf of a class of similarly situated persons

20 | pursuant to and on behalf of the General
Public,

21 | Plaintiffs,

22 | vs.

23 | DANDEE TRANSPORTATION, a California
corporation,

24 | Defendant.

25 |

26 |

27 |

28 |

PDF created with pdfFactory trial version www.pdffactory.com

1

**RECITALS**

2      WHEREAS, on or about October 2, 2008, counsel for Defendant DANDEE

3  TRANSPORTATION ("Defendant") notified counsel for Plaintiffs FRANK LOPEZ and

4  DAVID PALMER, individually and on behalf of all others similarly situated, and JOSE

5  CAMARENA, on his own and on behalf of a class of similarly situated persons pursuant to and

6  on behalf of the General Public (collectively "Plaintiffs")(Defendant and Plaintiffs collectively

7  the "Parties), that Defendant intended to file a petition in bankruptcy which would result in the

8  imposition of an automatic stay in bankruptcy in the instant case; and

9      WHEREAS, in order to avoid any unnecessary legal expense, Plaintiffs and

10  Defendants did not participate in class certification discovery or class certification motion

11  practice in accordance with the Preliminary Scheduling and Discovery Order issued by the Court

12  on September 9, 2008; and

13      WHEREAS, after conferring with bankruptcy counsel and others, Defendant

14  decided that it will attempt to resolve its debtor-creditor issues outside of bankruptcy; and

15      WHEREAS, in light of the recent developments, the Court has ordered the Parties

16  to meet and confer to propose new class certification discovery and class certification motion

17  dates; and

18      WHEREAS, the Parties have met and conferred to propose new class certification

19  discovery and class certification motion dates.

20

**STIPULATION**

21      NOW, THEREFORE, the Parties jointly propose that the following revised dates

22  be considered for completion of class certification discovery and the briefing and hearing on

23  Plaintiffs' class certification motion:

24      Discovery cutoff for class certification motion -                    February 16, 2009

25      Last day to file/serve class certification motion -                  March 9, 2009

26      Last day to file/serve opposition to class certification motion -    March 23, 2009

27  / / /

28  / / /

STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com

1   Last day to file/serve reply to opposition to class certification motion – March 30, 2009

2   Last day for Court Hearing on class certification motion – On or about April 6, 2009,

3   subject to the Court's availability.

4   **SO STIPULATED**.

5   Dated:      December 15, 2008                    DOWLING, AARON & KEELER, INC.

6

7                                                   By:/s/Jeffrey P. Davis_____
                                                       JEFFREY P. DAVIS
8                                                      MARK D. KRUTHERS
                                                       NATHAN W. POWELL
9                                                      Attorneys for Defendant DANDEE
                                                       TRANSPORTATION
10

11  Dated:   December 12, 2008                      LAW OFFICE OF JERRY BUDIN
12

13                                                  By:/s/Jerry N. Budin_____
                                                       JERRY N. BUDIN
14                                                     Attorneys for Plaintiffs FRANK LOPEZ and
                                                       DAVID PALMER
15

16  Dated:  December 15, 2008                       FAKHIMI AND ASSOCIATES

17

18                                                  By:/s/Houman Fakhimi_____
19                                                     HOUMAN FAKHIMI
                                                       Attorneys for JOSE CAMARENA
20

21  Dated:      December 12, 2008                   Law Offices of Gregg A. Farley

22

23                                                  By:/s/Gregg A. Farley_____
                                                       GREGG A. FARLEY
24                                                     Attorneys for JOSE CAMARENA

25  / / /

26  / / /

27  / / /



28

STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com

1

## ORDER

2          Based on the foregoing Stipulation of counsel for the Parties, and

3          **GOOD CAUSE APPEARING**, the revised class certification discovery and

4    class certification motion schedule is as follows:

5          Discovery cutoff for class certification motion -                    February 16, 2009

6          Last day to file/serve class certification motion -                   March 9, 2009

7          Last day to file/serve opposition to class certification motion -      March 23, 2009

8          Last day to file/serve reply to opposition to class certification motion - March 30, 2009

9          Last day for Court Hearing on class certification motion -  APRIL 7, 2009 at  8:30 a.m.

10   in Courtroom 4 before District Judge Lawrence J. O'Neill.

11          **IT IS SO ORDERED**.

12   DATED:  December 16, 2008

                                         /s/ Sandra M. Snyder
13                                       SANDRA M. SNYDER
                                         United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27   F:\wdocs\maindocs\13323\001\00237458.DOC

28

DOWLING
AARON
KEELER
ATTORNEYS AND COUNSELORS AT LAW

---

4
STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com