Jeffrey P. Davis        #166484
Mark D. Kruthers        #179750
**DOWLING, AARON & KEELER, INC.**
8080 North Palm Avenue, Third Floor
P.O. Box 28902
Fresno, California 93729-8902
Tel: (559) 432-4500 / Fax: (559) 432-4590
Email: jdavis@daklaw.com
       mkruthers@daklaw.com

Attorneys for Defendant DANDEE TRANSPORTATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOPEZ and DAVID PALMER, individually and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION and DOES 1 to 100,<br><br>          Defendants. | Case No. 1:08-CV-00500-LJO-SMS (consolidated for all pre-trial discovery with Case No. 1:08-cv-0990 LJO-SMS)<br><br>STIPULATION TO ESTABLISH REVISED CLASS CERTIFICATION DISCOVERY AND CLASS CERTIFICATION MOTION BRIEFING DATES; ORDER THEREON. |
| JOSE CAMARENA, on his own and on behalf of a class of similarly situated persons pursuant to and on behalf of the General Public,<br><br>          Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION, a California corporation,<br><br>          Defendant. | |

PDF created with pdfFactory trial version www.pdffactory.com

**RECITALS**

WHEREAS, this court modified the original Preliminary Scheduling Order in this matter on December 18, 2008 and established new deadlines for the plaintiffs' pending class certification motion (Doc. 35).

WHEREAS, the parties have complied with that revised schedule and have completed most, but not all discovery related to class certification.

WHEREAS, the parties have concluded that it would be more fruitful at this time to explore settlement rather than to expend further resources on continued litigation, including the upcoming class certification motion.

WHEREAS, the parties have agreed to engage in private ADR with a mediator. and

WHEREAS, the Parties have met and conferred to propose new class certification discovery and class certification motion dates which will extend the current deadlines by approximately ninety (90) days.

**STIPULATION**

NOW, THEREFORE, the Parties jointly propose that the current schedule for class certification discovery and the briefing and hearing on Plaintiffs' class certification motion be revised as follows:

Discovery cutoff for class certification motion -   May 18, 2009

Last day to file/serve class certification motion -   June 8, 2009

Last day to file/serve opposition to class certification motion -   June 22, 2009

Last day to file/serve reply to opposition to class certification motion – June 29, 2009

Last day for Court Hearing on class certification motion – On or about July 6, 2009, subject to the Court's availability.

The parties also request that the scheduled hearing for February 6, 2009 on plaintiffs' discovery motion be vacated.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1 | **SO STIPULATED**.

2 | Dated: January 30, 2009                    DOWLING, AARON & KEELER, INC.

4 | By:/s/Jeffrey P. Davis
   JEFFREY P. DAVIS
5 | MARK D. KRUTHERS
   Attorneys for Defendant DANDEE
6 | TRANSPORTATION

8 | Dated: January 30, 2009                    LAW OFFICE OF JERRY BUDIN

10 | By:/s/Jerry N. Budin
    JERRY N. BUDIN
11 | Attorneys for Plaintiffs FRANK LOPEZ and
    DAVID PALMER

12 | Dated: January 30, 2009                    FAKHIMI AND ASSOCIATES

15 | By:/s/Houman Fakhimi
    HOUMAN FAKHIMI
16 | Attorneys for JOSE CAMARENA

17 | Dated: January 30, 2009                    Law Offices of Gregg A. Farley

19 | By:/s/Gregg A. Farley
20 | GREGG A. FARLEY
    Attorneys for JOSE CAMARENA

22 | / / /
23 | / / /
24 | / / /

---

3
STIPULATION AND ORDER REGARDING CLASS CERTIFICATION DISCOVERY AND MOTION DATES

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Based on the foregoing Stipulation of counsel for the Parties, and

**GOOD CAUSE APPEARING**, the class certification discovery and class certification motion schedule is revised as follows:

| | |
|---|---|
| Discovery cutoff for class certification motion - | May 18, 2009 |
| Last day to file/serve class certification motion - | June 8, 2009 |
| Last day to file/serve opposition to class certification motion - | June 22, 2009 |
| Last day to file/serve reply to opposition to class certification motion - | June 29, 2009 |
| Last day for Court Hearing on class certification motion - | July 17, 2009 at 8:30 a.m. |

in Courtroom 4 before District Judge Lawrence J. O'Neill.

In addition, the February 6, 2009 hearing date on plaintiffs' discovery motion [37] is vacated.

**IT IS SO ORDERED**.

DATED:  February 2, 2009              /s/ Sandra M. Snyder
                                      Sandra M. Snyder
                                      United States Magistrate Judge



PDF created with pdfFactory trial version www.pdffactory.com

F:\wdocs\maindocs\13323\001\00237458.DOC



PDF created with pdfFactory trial version www.pdffactory.com