# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOPEZ, et al., | CASE NO. CV F 08-0500 LJO SMS |
| Plaintiffs, | **ORDER AFTER NOTICE OF SETTLEMENT** |
| vs. | |
| DANDEE TRANSPORTATION, et al., | |
| Defendants. | |

This Court has been informed that the plaintiffs have reached a preliminary settlement in this matter with the defendants. Plaintiffs shall file the motion for preliminary approval of the settlement no later than July 10, 2009.

IT IS SO ORDERED.

**Dated:   June 9, 2009**                           /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1