Jerry Budin
State Bar No. 88539
**Law Office of Jerry Budin**
2401 E. Orangeburg Ave., Suite 675-309
Modesto, CA  95355
Tel: 209-544-3030

Attorney for Plaintiff Frank Lopez, et al.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOPEZ and DAVID PALMER, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION and DOES 1 to 100,<br><br>               Defendants. | Case No. 1:08-CV-0500-LJO-SMS (consolidated for all pre-trial discovery with Case No. 1:08-cv-0990 LJO-SMS)<br><br>STIPULATION TO EXTEND FILING DEADLINE; ORDER |
| JOSE CAMARENA, on his own and on behalf of a class of similarly situated persons pursuant to and on behalf of the General Public,<br><br>               Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION, a California corporation,<br><br>               Defendant. | |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that it has taken longer than originally anticipated to finalize the settlement agreement in this matter and to prepare the papers for the upcoming motion for preliminary



1  approval.

2        Accordingly, the parties request that the current filing deadline for the motion for

3  preliminary approval be extended two weeks, from July 10, 2009 to July 24, 2009.

4                  **IT IS SO STIPULATED**.

5  Dated:     July 6, 2009               DOWLING, AARON & KEELER, INC.

6

7                                    By:/s/David Dixon_____

8                                        DAVID DIXON
                                         Attorneys for Defendant DANDEE

9                                        TRANSPORTATION

10 Dated: July 6, 2009                 LAW OFFICE OF JERRY BUDIN

11

12                                   By:/s/Jerry N. Budin_____

13                                       JERRY N. BUDIN
                                         Attorneys for Plaintiffs FRANK LOPEZ and

14                                       DAVID PALMER

15 Dated: July 6, 2009                 FAKHIMI AND ASSOCIATES

16

17                                   By:/s/Houman Fakhimi_____

18                                       HOUMAN FAKHIMI
                                         Attorneys for JOSE CAMARENA

19

20 Dated:  July 6, 2009               Law Offices of Gregg A. Farley

21

22                                   By:/s/Gregg A. Farley_____

23                                       GREGG A. FARLEY
                                         Attorneys for JOSE CAMARENA

24 / / /

25 / / /

26 / / /

27

28



## <u>ORDER</u>

Based on the foregoing Stipulation of counsel for the Parties, and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the deadline for the filing of the motion for preliminary approval of the class action settlement in these consolidated actions is extended to July 24, 2009.   No further continuances will be granted.

**IT IS SO ORDERED**.

DATED: July 7, 2009                    _____

                                       /s/ Lawrence J. O'Neill_____
                                       Lawrence J. O'Neill
                                       United States District Judge

