

1 | Jerry Budin
State Bar No. 88539
2 | **Law Office of Jerry Budin**
2401 E. Orangeburg Ave., Suite 675-309
3 | Modesto, CA  95355
Tel: 209-544-3030

Attorney for Plaintiff Frank Lopez, et al.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LOPEZ and DAVID PALMER, individually and on behalf of all others similarly situated,<br>              Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION and DOES 1 to 100,<br>              Defendants. | Case No. 1:08-CV-0500-LJO-SMS (consolidated for all purposes with Case No. 1:08-cv-0990 LJO-SMS)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |
| JOSE CAMARENA, on his own and on behalf of a class of similarly situated persons pursuant to and on behalf of the General Public,<br>              Plaintiffs,<br><br>vs.<br><br>DANDEE TRANSPORTATION, a California corporation,<br>              Defendant. | |

## **STIPULATION**

Pursuant to ¶7 of the ORDER AND JUDGMENT ON FINAL APPROVAL OF CLASS ACTION SETTLEMENT entered herein on February 13, 2009 (Doc. 67), counsel

1  hereby notify the Court that all of the obligations under said Judgment have been satisfied by the
2  defendant and, therefore, these consolidated matters should be dismissed with prejudice.

3  **IT IS SO STIPULATED**.

4  Dated: June 15, 2010                                    DOWLING, AARON & KEELER, INC.

6                                                                    By: /s/David Dixon_____
7                                                                         DAVID DIXON
                                                                          Attorneys for Defendant DANDEE
8                                                                         TRANSPORTATION

9  Dated: June 15, 2010                                    LAW OFFICE OF JERRY BUDIN

11                                                                   By: /s/Jerry N. Budin_____
12                                                                        JERRY N. BUDIN
                                                                          Attorneys for Plaintiffs

14                                          **ORDER**

15  Based on the foregoing Stipulation of counsel for the Parties, and good cause appearing
16  therefrom, **IT IS HEREBY ORDERED** that these consolidated actions are hereby dismissed
17  with prejudice and the cases closed.

19  **IT IS SO ORDERED**.

20  Dated:   **June 16, 2010**                              **/s/ Lawrence J. O'Neill**
21                                                                    UNITED STATES DISTRICT JUDGE

